**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No: 1:06CR00418-08 |
| Gregory Brian WALKER ) | |
| ) | |

On January 21, 2011, the above-named was placed on probation for a period of three years, as a result of his plea of guilty to 21 USC 841(a)(1) and 841(b)(1)(C) - Manufacture of Marijuana. Supervision commenced within the Eastern District of California on January 21, 2011. Special conditions included a requirement for: Search; Financial disclosure; Program of testing and treatment for substance abuse with aftercare co-payment; 200 hours community service; and Register as a drug offender. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision.

The prosecuting Assistant U. S. Attorney has been contacted and has no objection to the termination of probation in this matter. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

Dated: May 7, 2013
Modesto, California
PRH/lr

/s/ Jack C. Roberson
--------------------------------

**REVIEWED BY:** **Jack C. Roberson**
**Supervising United States Probation Officer**

**Re:** **Gregory Brian WALKER**
**Docket No.:** **1:06CR00418-08**
**REPORT AND ORDER TERMINATING**
**PROBATION**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Gregory Brian Walker be discharged from probation, and that the proceedings in this case be terminated.

cc: United States Attorney's Office
IT IS SO ORDERED.

**Dated:** **May 7, 2013**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE